NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARRY C. JACKSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7186

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-3538, Judge Bruce E. Kasold.

---

## ON MOTION

---

## ORDER

Larry C. Jackson moves for leave to file his motion for a time extension out of time and for a 60-day extension of time, until June 4, 2012, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

APR 2 7 2012

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Kenneth M. Carpenter, Esq
     Elizabeth M. Hosford, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 7 2012

JAN HORBALY
CLERK